Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ALVIN JOHNSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ALVIN JOHNSON, | ) |
| Plaintiff, | ) **Case No.:** 2:15-cv-02392 |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ALVIN JOHNSON, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs the Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days. Additionally, Plaintiff requests vacation of all future hearing dates.

RESPECTFULLY SUBMITTED,

DATED: January 8, 2016         By: /s/ Michael S. Agruss _____
                                    Michael S. Agruss

1

**CERTIFICATE OF SERVICE**

On January 8, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Peter J. Caltagirone, at pcaltagirone@swsslaw.com.

By: /s/ Michael S. Agruss
Michael S. Agruss