**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ALVIN JOHNSON, | ) |
| Plaintiff, | ) **Case No.:** 2:15-cv-02392 JAM EFB |
| v. | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

Based on the parties' Stipulation to Dismiss, filed on February 11, 2016, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action is hereby dismissed with prejudice. Each party shall bear his or its own attorney's fees and costs.

**IT IS SO ORDERED**

**DATED:** 2/11/2016

/s/ John A. Mendez
United States District Court Judge